IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SS NILES BOTTLESTOPPERS, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> STEER MACHINE TOOL & DIE CORP. <br><br> _____, <br><br> Defendant(s)/ <br> Third-Party Plaintiff(s), <br><br> v. <br><br> _____, <br><br> Third-Party Defendant(s). | Civil Action No. 3:16-cv-320 |

DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Plaintiff**,
(type of party)
who is **SS Niles Bottle Stoppers, LLC**, makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☑ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

None.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None.

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/FrankAMazzeo/
Signature of Counsel for Party

Date: 02/22/2016