# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SS NILES BOTTLESTOPPERS, LLC, | : | No. 3:16cv320 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| STEER MACHINE TOOL & | : | |
| DIE CORP., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 5th day of December 2017, it is hereby **ORDERED** as follows:

1) The defendant's motion to reopen case (Doc. 34) is **DENIED** and

2) The defendant's motion for contempt (Doc. 35) is **DISMISSED**.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**